UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE DEBLANCO,<br><br>              Plaintiff,<br><br>     vs.<br><br>PERSOLVE, LLC, d/b/a ACCOUNT RESOLUTION ASSOCIATES, and DOES 1 through 10, inclusive,<br><br>              Defendants. | CASE NO. 12-cv-2725-H-DHB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 20] |

On November 8, 2012, Plaintiff Rene Deblanco filed a complaint against Defendants alleging causes of action under (1) the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et. seq.; and (2) the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 et. seq. (Doc. No. 1, Compl.) On March 13, 2013, Defendant Persolve, LLC filed its answer. (Doc. No. 10.) On December 27, 2013, parties filed a joint motion to dismiss Plaintiff's complaint with prejudice. (Doc. No. 20.) The Court, for good cause shown, grants the joint motion and dismisses the case with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court further orders as follows:

1.  The parties will bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action; and

1      2.    The Court directs the clerk to close this case.

2      **IT IS SO ORDERED.**

3 DATED: January 13, 2014

5                             MARILYN L. HUFF, District Judge
                             UNITED STATES DISTRICT COURT